UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Lynda Gaskill v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11325-DRH |
| *Muriel Robinson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20017-DRH |
| *Tanis King Starck, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10579-DRH |
| *Lauren Wilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10797-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 17, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:   /s/*Sara Jennings*
**Deputy Clerk**

Dated:  January 22, 2014

Digitally signed by David R. Herndon
Date: 2014.01.22 08:49:57 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT